**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAMIEN RASHAD MONCRIEF** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-554** |
| **PUBLIC DEFENDER'S OFFICE, CRAIG KING, ET AL.** | **SECTION: "L"(5)** |

**ORDER**

The Court, having considered the complaint, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Damien Rashad Moncrief is transferred to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 3rd day of May, 2024.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE